No. 75–550.   WILSON v. ARKANSAS.   Sup. Ct. Ark. Certiorari denied.

No. 75–553.   BROTHERHOOD OF RAILWAY, AIRLINE & STEAMSHIP CLERKS, FREIGHT HANDLERS, EXPRESS & STATION EMPLOYEES, AFL–CIO v. REA EXPRESS, INC. C. A. 2d Cir.   Certiorari denied.

No. 75–555.   COURT REPORTERS OF DADE COUNTY v. CIRCUIT JUDGES FOR THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR DADE COUNTY, FLORIDA.   Sup. Ct. Fla.   Certiorari denied.

No. 75–556.   COCKE v. JAMES STEWART CO. ET AL.   Ct. App. Ariz.   Certiorari denied.

No. 75–560.   BURNS v. DECKER ET AL.   C. A. 8th Cir. Certiorari denied.

No. 75–563.   SANTOS v. PENNSYLVANIA; and
No. 75–564.   RICHARD, AKA HARRIS v. PENNSYLVANIA. Super. Ct. Pa.   Certiorari denied.   Reported below: 233 Pa. Super. 254, 336 A. 2d 423.

No. 75–569.   ALLIED CONTRACTORS, INC. v. TOWN OF FEDERALSBURG.   Ct. App. Md.   Certiorari denied.

No. 75–572.   ADKINS v. UNDERWOOD ET AL., JUDGES. C. A. 7th Cir.   Certiorari denied.

No. 75–578.   MOLONEY ET AL. v. UNITED STATES. C. A. 6th Cir.   Certiorari denied.

No. 75–583.   DOCKING ET AL. v. KANSAS.   Sup. Ct. Kan.   Certiorari denied.